## SIMPSON v. STATE.
### No. 25539.

Court of Criminal Appeals of Texas.
Dec. 6, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The offense is theft, a felony. The penalty assessed is confinement in the state penitentiary for a term of two years.

Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.